| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Davis, Brian J. | 2. Court or Organization<br><br>U. S. District Court, Middle District of Florida | 3. Date of Report<br><br>10/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>Bryan Simpson United States Courthouse<br>300 North Hogan Street, Suite 11-400<br>Jacksonville, FL 32202 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Jacksonville Public Education Fund, Inc. |
| 2. | Member, Trustee | The Community Foundation, Inc. |
| 3. | Member, Board of Directors | North Florida Council, Boy Scouts of America, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 10/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | State of Florida Retirement | $123,613.44 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Florida Retirement System Disability Income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Brian J.** | 10/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Regions Bank | Mortgage on Investment Property, Jacksonville, FL | K |
| 2. | DiTech Financial LLC | Mortgage on Investment Property, Jacksonville, FL | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 10/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citigroup Common Stock (X) | A | Dividend | J | T | | | | | |
| 2. Travelers Common Stock (X) | A | Dividend | J | T | | | | | |
| 3. Commuunity First Credit Union Accounts (X) | A | Interest | J | T | | | | | |
| 4. Regions Bank Accounts | A | Interest | K | T | | | | | |
| 5. VyStar Credit Union Accounts (X) | A | Interest | K | T | | | | | |
| 6. American Funds: American Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Northwestern Mutual Rollover IRA (H) | | | | | | | | | |
| 8. Dreyfus Ins Deposit Program | A | Dividend | J | T | | | | | |
| 9. Cohen & Steers Real Estate Securities Fund Class I | A | Dividend | J | T | | | | | |
| 10. Deutsche Enhanced Commodity Strategy Fund Institutional Class | A | Dividend | J | T | | | | | |
| 11. John Hancock Disciplined Value Mid Cap Fund Class I | A | Dividend | J | T | | | | | |
| 12. PIMCO Income Fund Class P | A | Dividend | K | T | | | | | |
| 13. Prudential Total Return Bond Fund Class Z | A | Dividend | K | T | | | | | |
| 14. T Rowe Prce Blue Chip Growth | A | Dividend | J | T | | | | | |
| 15. IShares Inc Edge MSCI Minimum Volatility Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 16. Powershares Exchange-Traded FD TRII S&P 500 Low Volatility Port | A | Dividend | K | T | | | | | |
| 17. Invesco Balanced Risk Commodity Strategy Fund CL Y | A | Dividend | | | Sold | 05/19/17 | J | | Seller:Northwestern Mutual |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 10/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AB Global Bond Fund Advisor Class | A | Dividend | | | Sold | 05/19/17 | J | | Seller:Northwestern Mutual |
| 19. Ariel Fund | A | Dividend | J | T | | | | | |
| 20. Eaton Vance Income Fund of Boston Institutional | A | Dividend | | | Sold | 05/19/17 | J | | Seller:Northwestern Mutual |
| 21. JP Morgan Government Bond Fund Class | A | Dividend | K | T | | | | | |
| 22. MFS Value Fund Class I | A | Dividend | | | Sold | 05/19/17 | J | | Seller:Northwestern Mutual |
| 23. New Perspective Fund Class F-2 | A | Dividend | | | Sold | 05/19/17 | J | | Seller:Northwestern Mutual |
| 24. New World Fund Class F-2 | A | Dividend | | | Sold | 05/19/17 | J | | Seller:Northwestern Mutual |
| 25. Northern Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 26. Oppenheimer Global Fund Class Y | A | Dividend | | | Sold | 05/19/17 | J | | Seller:Northwestern Mutual |
| 27. PNC Small Cap Fund Class I | A | Dividend | | | Sold | 05/19/17 | J | | Seller:Northwestern Mutual |
| 28. IShares TR Core S&P 500 ETF | A | Dividend | K | T | | | | | |
| 29. IShares TR Core U S Aggregate Bd ETF | A | Dividend | J | T | | | | | |
| 30. IShares MSCI EAFE Minimum Volatility ETF | A | Dividend | J | T | | | | | |
| 31. SPDR SER TR Dow Jones REIT ETF | A | Dividend | J | T | Sold (part) | 05/01/17 | J | | Seller:Northwestern Mutual |
| 32. Columbia Overseas Value Fund Advisor Class | A | Dividend | J | T | Buy | 05/19/17 | J | | Buyer: Northwestern Mutual |
| 33. Delaware Emerging Markets Fund | A | Dividend | J | T | Buy | 05/19/17 | J | | Buyer: Northwestern Mutual |
| 34. IShares Inc MSCI France ETF | A | Dividend | J | T | Buy | 05/19/17 | J | | Buyer: Northwestern Mutual |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 10/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares Inc MSCI Germany ETF | A | Dividend | J | T | Buy | 05/19/17 | J | | Buyer: Northwestern Mutual |
| 36. IShares TR Core S&P 500 ETF | A | Dividend | K | T | | | | | |
| 37. IShares TR MSCI EAFE Minimum Volatility ETF | A | Dividend | K | T | | | | | |
| 38. John Hancock International Growth Fund Class I | A | Dividend | K | T | Buy | 05/19/17 | J | | Buyer: Northwestern Mutual |
| 39. Investment Property, Jacksonville, FL (May 9, 2018 Appraisal: $52,798) | | None | L | Q | | | | | |
| 40. Investment Property, Jacksonville, FL (May 9, 2018 Appraisal: $70,980) | | None | L | Q | | | | | |
| 41. MetLife Variable Annuity, Fixed Account | A | Int./Div. | J | T | | | | | |
| 42. NorthWestern Mutual Variable Annuity (H) | | | | | | | | | |
| 43. Equity Income (MSA/T Rowe Price) | A | Dividend | J | T | | | | | |
| 44. FocusedAppreciation (MSA/Loomis Sayles) | A | Dividend | J | T | | | | | |
| 45. Growth Stock (MSA/The Boston Company) | A | Dividend | J | T | | | | | |
| 46. US Small Cap Equity (RIF) | A | Dividend | J | T | | | | | |
| 47. International Equity (MSA/Franklin Tmpl) | A | Dividend | J | T | | | | | |
| 48. International Growth (MSA/FIAM LLC) | A | Dividend | J | T | | | | | |
| 49. International Developed Markets (RIF) | A | Dividend | J | T | | | | | |
| 50. Select Bond (MSA/Wells Capital Mgmt) | A | Dividend | J | T | | | | | |
| 51. Strategic Bond (RIF) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 10/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. High Yield Bond (MSA/Federated Inv.) | A | Dividend | J | T | | | | | |
| 53. Global Real Estate Securities (RIF) | A | Dividend | J | T | | | | | |
| 54. Guaranteed Interest Fund I | A | Interest | K | T | | | | | |
| 55. NorthWest Mutual Whole Life Policy #1 | A | Dividend | J | T | | | | | |
| 56. NorthWest Mutual Whole LIfe Policy #2 | A | Dividend | K | T | | | | | |
| 57. NorthWest Mutual Whole Life Policy #3 | C | Dividend | L | T | | | | | |
| 58. American Funds: Growth and Income Fund #1 | A | Dividend | J | T | | | | | |
| 59. American Funds: Growth and Income Fund #2 | A | Dividend | J | T | | | | | |
| 60. American Funds: Growth and Income Fund #3 | A | Dividend | J | T | | | | | |
| 61. Regions Investment Accounts (H) | | | | | | | | | |
| 62. GS Fin Corp SR IDX ZRO LKD19 | A | Dividend | J | T | | | | | |
| 63. GS Fin Corp SR GLBL INDX 20 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 10/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 10/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian J. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544